FILED

AUG 18 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 14-30152-NJR |
| vs. ) | |
| ) | |
| JERRICA S. COLE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. Prior to May 2014, federal agents gathered evidence that Ayiko Paulette was involved in distributing cocaine and other illegal drugs in the area of East St. Louis, Illinois. East St. Louis is located in St. Clair County and within the Southern District of Illinois. On May 7, 2014, and again on May 14, 2014, agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") used a confidential informant to buy cocaine from Ayiko Paulette in East St. Louis.

2. On July 5, 2014, the Defendant, Jerrica S. Cole, agreed to travel with co-Defendants, Lamontric Wayne, Ronald Artis, and Tatanisha Banks-Fair from the East St. Louis area to the Dallas, Texas area. The Defendant had initially been told that the purpose of the trip was to attend a family reunion. In Dallas, the Defendant met up with co-Defendants, Ayiko Paulette, Rochelle Coker, Akeelan R. Paulette, Akeelan L.J. Paulette, and Jeremy Lewis.

3. On July 7, 2014, the Defendant and her co-Defendants were at a hotel in Dallas when the Defendant was given a pair of spandex shorts and a bundle of cocaine and instructed to hide the cocaine inside the spandex shorts, which the Defendant did. The Defendant and her co-Defendants then boarded the Amtrak train from Dallas to St. Louis, Missouri.

4.  ATF agents learned that the Defendant and her co-Defendants were travelling from Dallas via Amtrak, and on July 8, 2014, agents met the train at the station in St. Louis. Agents checked the identification of the passengers getting off the train, and a police canine indicated on one of the co-Defendant's luggage. Police patted down the Defendant, and they found the bundle of cocaine hidden in her shorts. Police patted down the other members of the group, and they found similar bundles of cocaine hidden on Rochelle Coker, Akeelan R. Paulette, Akeelan L.J. Paulette, Lamontric Wayne, Ronald Artis, Tatanisha Banks-Fair, and Jeremy Lewis.

5.  The suspected cocaine that was seized from the Defendant was sent to the DEA crime lab, where it tested positive for cocaine. The bundles of suspected cocaine that were seized from the other couriers were also sent to the DEA crime lab, and they also tested positive for cocaine. The total weight of the cocaine that was seized from the group on July 8, 2014 was approximately 2.5 kilograms.

**So Stipulated**

STEPHEN R. WIGGINTON
United States Attorney

_____
JERRICA S. COLE
Defendant

By: _____
DONALD S. BOYCE
Assistant United States Attorney

_____
PAUL E. SIMS
Attorney for Defendant

Date: 7/29/15

Date: 8/18/2015

2